IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAREN JEAN ERWIN and ALBERT SIDNEY ERWIN, JR., | § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:23-CV-1561-K |
| METALCRAFT OF MAYVILLE, INC. D/B/A SCAG POWER EQUIPMENT, SCAG POWER EQUIPMENT, A DIVISION OF METALCRAFT OF MAYVILLE, INC., and SCAG POWER EQUIPMENT DIVISION., | § § § § § § § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. The District Judge has made a *de novo* review of those portions of the FCR to which objections, responses and replys were made and has reviewed all other portions of the FCR for plain error. The objections are OVERRULED, and the court finds no plain error with respect to the remainder of the FCR. The court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's motion for summary judgment is DENIED.

SO ORDERED.

Signed May 7th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE